**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., as securities intermediary,<br><br>          Defendant. | Misc. No. _____<br><br>D.D.C. Case No. 20-cv-2101 |

**DECLARATION OF CHASE A. HOWARD IN SUPPORT OF PLAINTIFF'S MOTION
TO COMPEL THE SUBJECT ENTITIES TO RESPOND AND PRODUCE
DOCUMENTS PURSUANT TO PLAINTIFF'S SUBPOENAS**

I, Chase A. Howard, Esq., hereby state and declare as follows:

1.     I am an attorney at Cozen O'Connor P.C. and counsel for Protective Life Insurance Company in *Protective Life Ins. Co. v. Wells Fargo Bank, N.A.*, Case No. 20-cv-2101 (D.D.C.). I make this declaration based upon my personal knowledge.

2.     A true and accurate copy of the complaint in the D.C. Action is attached hereto as Exhibit A.

3.     A true and accurate copy of the publicly available email thread between Coventry's counsel and Sun Life's counsel, dated May 13, 2018 is attached hereto as Exhibit B.

4.     A true and accurate copy of the Subpoenas Duces Tecum served on the Coventry Entities on or about February 24, 2021 is attached hereto as Exhibit C.

5.     A true and accurate copy of the objection letter from Williams & Connolly LLP dated March 15, 2021 is attached hereto as Exhibit D.

6.    A true and accurate copy of the publicly available Subpoenas Duces Tecum served on Coventry Capital I LLC, Coventry First LLC, and Coventry Financial LLC dated March 16, 2018 in *Corwell* are attached hereto as Exhibit E.

7.    A true and accurate copy of the docket entry dated September 18, 2018 in *Corwell* is attached hereto as Exhibit F.

8.    A true and accurate copy of the publicly available brief by Coventry Capital I LLC, Coventry First LLC, and Coventry Financial LLC in *Corwell* is attached hereto as Exhibit G.

9.    A true and accurate copy of the Subpoenas Duces Tecum served on the Coventry Entities on June 11, 2021 is attached hereto as Exhibit H.

10.    A true and accurate copy of the objection letter from Williams & Connolly LLP dated June 18, 2021 is attached hereto as Exhibit I.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 12, 2021

Chase A. Howard