## **LOCAL RULE 26.1 CERTIFICATION**

    I hereby certify that Protective Life Insurance Company has in good faith conferred with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, and after reasonable effort the parties are unable to resolve the dispute.

_____
Chase A. Howard