## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of July, 2021, the forgoing "Plaintiff's Motion to Compel Production by Third-Parties PFP Funding I LLC, PFP Funding II LLC, CHC Financial LLC, Coventry First LLC, and Coventry Capital LLC" and the accompanying Memorandum of Law, Local Rule 26.1 Certification, and Declarations of Chase A. Howard and Douglas B. Fox in support thereof were filed electronically with the United States District Court for the Eastern District of Pennsylvania and were served via first class mail on the following counsel:

Julius A. Rousseau
David James Ward
Arent Fox LLP
1301 Avenue of the Americas, Fl. 42
New York, NY 10019
212-484-3900
jule.rousseau@arentfox.com
david.ward@arentfox.com

Laurel LaMontagne
Arent Fox LLP
1717 K Street, NW
Washington, DC
laurel.lamontagne@arentfox.com

*Attorneys for Defendant, Wells Fargo Bank, N.A.*


Kenneth Brown
Benjamin Hazelwood
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
KBrown@wc.com
BHazelwood@wc.com

*Attorneys for PFP Funding I LLC, PFP Funding II LLC, CHC Financial LLC, Coventry First LLC, and Coventry Capital LLC*

                                                                                                 _____
                                                                                                      Chase A. Howard