# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., as securities intermediary,<br><br>             Defendant. | Misc. No. _____<br><br>D.D.C. Case No. 20-cv-2101 |

## ORDER

Upon consideration of Protective Life Insurance Company's ("Protective Life") "Motion to Compel Production by Third-Parties PFP Funding I LLC, PFP Funding II LLC, CHC Financial LLC, Coventry First LLC, and Coventry Capital LLC" ("Motion to Compel"), the opposition hereto, and any replies and other material presented,

**IT IS HEREBY ORDERED** that Protective Life's Motion to Compel is **GRANTED**.  It hereby further is

**ORDERED** that PFP Funding I LLC, PFP Funding II LLC, CHC Financial LLC, Coventry First LLC, and Coventry Capital LLC shall produce all responsive documents in accordance with the Subpoenas Duces Tecum served on them by Protective Life.

**SO ORDERED** this \_\_\_ day of _____, 2021.

_____
United States District Judge