**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PROTECTIVE LIFE INSURANCE COMPANY,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

Case No. 2:21-mc-00051-KSM

Related Case No. 1:20-cv-02101-RDM (D.D.C.)

**DECLARATION OF REID BUERGER**

I, REID BUERGER, hereby affirm:

1. I am over the age of 21, under no disability, and have personal knowledge of the matters contained in this Declaration.

2. I have been the Chief Executive Officer of Coventry First LLC ("Coventry First") since 2017. Between 2003 and 2017, I was Coventry First's Executive Vice President. Members of my family and I, as well as trusts established by my family, ultimately own and operate Coventry First and the other entities within the Coventry family of companies ("Coventry").

3. [redacted]

4. [redacted]

5. [redacted]

[redacted]

6. [redacted]

7. I affirm this 9th day of August 2021, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:
Reid Buerger
21075A75ABEF4EC...
Reid Buerger