IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PROTECTIVE LIFE INSURANCE COMPANY**,<br><br>   Plaintiff,<br><br>   v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>   Defendant,<br><br>   v.<br><br>**COVENTRY CAPITAL I, LLC,** et al.,<br><br>   Respondents. | MISCELLANEOUS ACTION<br><br>NO. 21-0051-KSM |

## ORDER

**AND NOW**, this 13th day of August, 2021, upon consideration of Plaintiff's letter requesting an extension of the reply deadline and an enlargement of the page length for reply briefs (Doc. No. 13), it is **ORDERED** that the request is **GRANTED.** Plaintiff shall file its reply in support of its motion to compel by **AUGUST 30, 2021.** The reply brief shall be no more than **FIFTEEN PAGES** in length.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.